IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFAEL MATEOS-SANDOVAL
and SIMEON AVENDANO RUIZ,

Plaintiffs,

v.

COUNTY OF SONOMA, et al.,

Defendants.

NO. C11-5817 TEH

ORDER OF CERTIFICATION PURSUANT TO 28 U.S.C. § 2403(b); INSTRUCTIONS TO CLERK

**TO THE HONORABLE KAMALA HARRIS, Attorney General of the State of California:**

On January 20, 2012, Plaintiffs filed a notice that they were challenging the constitutionality of a California state statute and served the notice by United States mail on the Office of California Attorney General. It does not appear that Plaintiffs completed service in compliance with Federal Rule of Civil Procedure 5.1(a)(2), which requires service "either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose."

Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b), the Court certifies that this case draws into question the constitutionality of California Vehicle Code section 14602.6. The Clerk shall serve a copy of this order on the Office of the California Attorney General by certified United States mail. If the State of California chooses to intervene, it must do so no later than **March 30, 2012.**

**IT IS SO ORDERED.**

Dated: 01/30/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT