BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
ANNE L. KECK, State Bar No. 136315
Deputy County Counsel
Office of the Sonoma County Counsel
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: Anne.Keck@sonoma-county.org

Attorneys for Defendants the County
of Sonoma, Sonoma County Sheriff's
Office, and Sheriff-Coroner Steve Freitas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL, et al., | No. CV-11-05817 TEH |
| Plaintiffs, | **JOINT STIPULATION TO (1) EXTEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS, AND (2) CONTINUE CASE MANAGEMENT CONFERENCE DATE; [PROPOSED] ORDER** |
| v. | |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

This joint stipulation is entered into by and between all named parties in this action, including: Plaintiffs Rafael Mateos-Sandoval and Simeon Avendano Ruiz (collectively, "Plaintiffs"); Defendants the County of Sonoma, Sonoma County Sheriff's Office, and Sonoma County Sheriff-Coroner Steve Freitas (collectively, "County Defendants"); and the City of Santa Rosa, Santa Rosa Police Department, and Santa Rosa Police Chief Tom Schwedhelm (collectively, "City Defendants").  Through this stipulation, the parties request the Court to enter an order: (1) extending the briefing schedule for the pending Motions to Dismiss; and (2) continuing the initial Case Management Conference currently scheduled for June 4, 2012, to June 18, 2012, at 10:00 a.m. The parties submit good cause supports this stipulation and request for order, pursuant to the following.

**RECITALS**

A. Plaintiffs filed their Class Action Complaint for Damages and Injunctive Relief in this case on December 2, 2011. County Defendants and City Defendants filed Motions to Dismiss the complaint on April 16, 2012, both of which are set for hearing on June 18, 2012, at 10:00 a.m.

B. Based on the length of time prior to the hearing and the variety of issues addressed in the Motions to Dismiss, the parties have agreed to extend the briefing schedule for those motions to permit Plaintiffs to file their oppositions through and including May 14, 2012, and to permit Defendants to file their replies through and including May 24, 2012.

C. In addition, the Court previously approved a stipulation of the parties to continue the initial case management conference to May 21, 2012 (Dkt. No. 16). However, the Court later *sua sponte* rescheduled the case management conference date to June 4, 2012, pursuant to a Clerk's Notice (Dkt. No. 19), and has announced on the official court website that it is no longer available for hearings or conferences on May 21, 2012.

D. Counsel for County Defendants (Deputy County Counsel Anne L. Keck) has filed a Notice of Unavailability for the period May 25, 2012 through June 11, 2012, and has previously informed all counsel that she will not be available during that time. Ms. Keck is the only attorney in the Office of the Sonoma County Counsel assigned to represent County Defendants in this case, and has requested all parties not to schedule any matters during that time period.

E. To permit all counsel of record to attend, and to conserve the resources of the parties and the Court, the parties request the Court to continue the initial Case Management Conference to occur concurrently with the hearings on the motions to dismiss, on June 18, 2012, at 10:00 a.m.

WHEREFORE, the parties to this stipulation hereby agree and request entry of an order as follows:

**STIPULATION**

1. The parties request the briefing schedule on the pending Motions to Dismiss be extended to permit Plaintiffs to file their oppositions through and including May 14, 2012, and to permit Defendants to file their replies through and including May 24, 2012.

2. The parties request the Court to continue the initial Case Management Conference in this case to June 18, 2012, at 10:00 a.m, to occur concurrently with the hearings on defendants' pending motions to dismiss.

3. The parties shall file a joint case management conference statement at least one week prior to the conference.

4. Nothing in this Stipulation and request for order is intended to modify the other matters addressed in the Court's Order entered January 25, 2012 (Dkt. No. 16), nor does it preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: April 26, 2012          Bruce D. Goldstein, Sonoma County Counsel

By: _____/s/ Anne L. Keck_____
    Anne L. Keck, Deputy County Counsel
    Attorneys for County Defendants

Dated: April 26, 2012          Caroline L. Fowler, Santa Rosa City Attorney

By: _____/s/ Matthew J. LeBlanc_____
    Matthew J. LeBlanc, Assistant City Attorney
    Attorneys for City Defendants

Dated: April 26, 2012          Robert Mann & Donald W. Cook, Attorneys at Law

By:____/s/ Donald W. Cook_____
    Donald W. Cook
    Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing, IT IS HEREBY ORDERED as follows:

1. The briefing schedule on the pending Motions to Dismiss is extended to permit Plaintiffs to file their oppositions through and including May 14, 2012, and to permit Defendants to file their replies through and including May 24, 2012.

2. The initial Case Management Conference for this case, currently scheduled to occur on June 4, 2012, is continued to June 18, 2012, at 10:00 a.m. (specially set to occur concurrently with motion hearings). The parties shall file a joint case management conference statement at least one week prior to the conference.

IT IS SO ORDERED.

Date: 04/30/2012

_____
HONORABLE THELTON E. HENDERSON
United States District Judge