1    **ALICIA ROMAN**, SBN 260101
LAW OFFICE OF ALICIA ROMAN
2    719 Orchard Street
Santa Rosa, CA 95404
3    (707) 526-4100 / (707) 573-1094 facsimile
E-Mail: aliciaromanlaw@yahoo.com
4

5    **ROBERT MANN**, CSB 48293        **CYNTHIA ANDERSON-BARKER**, CSB 175764
**DONALD W. COOK**, CSB 116666    ATTORNEY AT LAW
6    ATTORNEYS AT LAW                 3435 Wilshire Blvd., Suite 2900
3435 Wilshire Blvd., Suite 2900      Los Angeles, CA 90010
7    Los Angeles, CA 90010               (213) 381-3246
(213) 252-9444 / (213) 252-0091 facsimile    E-Mail: cablaw@hotmail.com
8    E-Mail: manncook@earthlink.net

9    Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL and SIMEON AVENDANO RUIZ, individually and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT, STEVE FREITAS, CITY OF SANTA ROSA, SANTA ROSA POLICE DEPARTMENT, TOM SCHWEDHELM, and DOES 1 through 20; individually and in their official capacities,<br><br>Defendants. | Case No. CV11-05817-TEH<br><br>**SECOND JOINT STIPULATION TO (1) EXTEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS, AND (2) CONTINUE CASE MANAGEMENT CONFERENCE DATE; [PROPOSED] ORDER** |

This joint stipulation is entered into by and between all named parties in this action, including: Plaintiffs Rafael Mateos-Sandoval and Simeon Avendano Ruiz (collectively, "Plaintiffs"); Defendants the County of Sonoma, Sonoma County Sheriff's Office, and

Sonoma County Sheriff-Coroner Steve Freitas (collectively, "County Defendants"); and the City of Santa Rosa, Santa Rosa Police Department, and Santa Rosa Police Chief Tom Schwedhelm (collectively, "City Defendants").

Pursuant to Civil L.R. 6-2, the parties request the Court to enter an order: (1) extending the briefing schedule for the pending Motions to Dismiss; and (2) continuing the initial Case Management Conference currently scheduled for June 18, 2012, at 10:00 a.m. The Court has previously issued an order granting the parties' first stipulation regarding these matters on April 30, 2012 (Dkt. No. 30).

The parties submit good cause supports this stipulation and request for order, pursuant to the following.

## RECITALS

A. Plaintiffs filed their Class Action Complaint for Damages and Injunctive Relief in this case on December 2, 2011. County Defendants and City Defendants filed their Motions to Dismiss the complaint on April 16, 2012.

B. Pursuant to the parties' stipulation and order entered by the Court on April 30, 2012 (Dkt. No. 30), the Court permitted Plaintiffs to file their oppositions to such Motions to Dismiss through May 14, 2012, and permitted Defendants to file their replies through May 24, 2012. In addition, the Court also set both of the Motions for hearing on June 18, 2012, at 10:00 a.m., and ordered that the initial Case Management Conference be held at the same time. (Dkt. No. 30, p. 4.)

C. Donald W. Cook is the plaintiffs' counsel responsible for preparing Plaintiffs' oppositions to the two pending motions to dismiss. Mr. Cook was delayed in preparing Plaintiffs' oppositions in this case because (a) he mistakenly thought plaintiffs' oppositions were due Monday, May 21, instead of Monday, May 14, and thus (b) Mr. Cook spent most of his available time the last two weeks completing his clients' briefs

in *Reed v. Baca*, 9th Cir. 1156429 (reply brief e-filed May 5, 2012), and appellant's opening brief in *Rivera v. County of Los Angeles*, 9th Cir. 11-57037 (opening brief e-filed May 15, 2012). The latter brief included a nearly 1,100 page excerpts of record. Mr. Cook has completed and e-filed on May 16, 2012, Plaintiffs' Opposition to the Santa Rosa defendants' motion (Dkt. No. 27), and e-filed on May 17, Plaintiffs' opposition to the Sonoma County motion (Dkt. No. 20).

D. The parties have agreed to extend the briefing schedule on Defendants' motions to permit Plaintiffs to file their oppositions through and including May 17, 2012, and that the due date for all Defendants' replies will be extended through and including June 25, 2012. Further, the parties request that the hearings on the Motions as well as the Case Management Conference be reset to July 16, 2012, at 10:00 a.m. (all of them are currently set for June 18, 2012).

E. The extension of time for Defendants to file their replies regarding the Motions to Dismiss (through June 25, 2012), and the continuance of the hearing date to July 16, 2012, is necessary to accommodate Deputy County Counsel Anne L. Keck, counsel for County Defendants in this action. Ms. Keck has previously informed all counsel that she will not be available for the period May 25, 2012 through June 11, 2012, and has filed a Notice of Unavailability to that effect. Plaintiffs have agreed to provide Defendants with at least 10 days time in which to prepare and file their replies to the oppositions, and thus the filing of Plaintiffs' oppositions on May 16 and 17, 2012, does not provide County Defendants with sufficient time in which to prepare and file their reply prior to Ms. Keck's unavailability.

WHEREFORE, the parties to this stipulation hereby agree and request entry of an order as follows:

# STIPULATION

1. The parties request the briefing schedule on the pending Motions to Dismiss be extended to permit Plaintiffs to file their oppositions through and including May 17, 2012, and to permit Defendants to file their replies through and including June 25, 2012.

2. The parties request the Court to continue the initial Case Management Conference in this case to July 16, 2012, at 10:00 a.m., to occur concurrently with the hearings on Defendants' pending Motions to Dismiss.

3. The parties shall file a joint case management conference statement at least one week prior to the conference.

4. Nothing in this Stipulation and request for order is intended to modify other matters addressed in other Court orders, nor does it preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: May 18, 2012         Bruce D. Goldstein, Sonoma County Counsel

                            By: _____/s/ Anne L. Keck_____
                               Anne L. Keck, Deputy County Counsel
                               Attorneys for County Defendants


Dated: May 18, 2012         Caroline L. Fowler, Santa Rosa City Attorney

                            By:_____/s/ Matthew J. LeBlanc_____
                               Matthew J. LeBlanc, Assistant City Attorney
                               Attorneys for City Defendants


Dated: May 18, 2012         Robert Mann & Donald W. Cook, Attorneys at Law

                            By: _____/s/ Donald W. Cook_____
                               Donald W. Cook
                               Attorneys for Plaintiffs

# [~~PROPOSED~~] ORDER

Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The briefing schedule on the pending Motions to Dismiss is extended to permit Plaintiffs to file their oppositions through and including May 17, 2012, and to permit Defendants to file their replies through and including June 25, 2012.

2. The hearings on the pending Motions to Dismiss are continued to July 16, 2012, at 10:00 a.m.

3. The initial Case Management Conference for this case, currently scheduled to occur on June 18, 2012, at 10:00 a.m., is rescheduled to occur on July 16, 2012, at 10:00 a.m. (specially set to occur concurrently with motion hearings). The parties shall file a joint case management conference statement at least one week prior to the conference.

IT IS SO ORDERED.

Date: 05/23/2012



HON. THELTON E. HENDERSON
United States District Judge