IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFAEL MATEOS-SANDOVAL
and SIMEON AVENDANDO RUIZ,

    Plaintiffs,

v.

COUNTY OF SONOMA, et al.,

    Defendants.

NO. C11-5817 TEH

ORDER GRANTING COUNTY DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION TO RECONSIDER PORTIONS OF DECEMBER 6, 2012 ORDER AND CLARIFYING THAT DISMISSAL WAS WITHOUT PREJUDICE

    Defendants the County of Sonoma, the Sonoma County Sheriff's Office, and Sheriff-Coroner Steve Freitas in his official capacity (collectively, "County Defendants") have submitted a motion for the Court's consideration relating to its "Order Granting in Part and Denying in Part Motions to Dismiss," entered on December 6, 2012 (Docket No. 50). In their motion, filed pursuant to Civil Local Rule 7-9(b)(3), County Defendants request leave to file a motion to reconsider with respect to those portions of the December 6, 2012 Order addressing the interpretation and application of California Vehicle Code § 12801.5(e), and the interpretation and determination of the legislative intent underlying California Vehicle Code § 14602.6(a).

    Additionally, the Parties indicated in a joint stipulation filed on December 21, 2012 (Docket No. 54) that they are uncertain whether the Court's dismissal of several of Plaintiffs' claims in its December 6, 2012 Order was with leave to amend.

    Upon careful consideration of these filings, and with good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

    1. Leave to amend is GRANTED with respect to all claims dismissed in the December 6, 2012 order; and

2. County Defendants' Motion for Leave to File a Motion to Reconsider is GRANTED with respect to the following matters addressed in the Dismissal Order: (a) the interpretation and application of Vehicle Code § 12801.5(e); and (2) the interpretation and determination of legislative intent with respect to Vehicle Code § 14602.6(a). County Defendants shall have **21 days from the date of this Order** to file any such motion.

IT IS SO ORDERED.

Dated: 01/02/2013

HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE