BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
ANNE L. KECK, State Bar No. 136315
Deputy County Counsel
Office of the Sonoma County Counsel
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: Anne.Keck@sonoma-county.org

Attorneys for Defendants the County
of Sonoma, Sonoma County Sheriff's
Office, and Sheriff-Coroner Steve Freitas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL, et al., | No. CV-11-05817 TEH |
| Plaintiffs, | **JOINT STIPULATION FOR ORDER TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON COUNTY DEFENDANTS' MOTION FOR RECONSIDERATION; [PROPOSED] ORDER** |
| v. | |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

This joint stipulation is entered into by and between all named parties in this action, including: Plaintiffs Rafael Mateos-Sandoval and Simeon Avendano Ruiz (collectively, "Plaintiffs"); Defendants the County of Sonoma, Sonoma County Sheriff's Office, and Sonoma County Sheriff-Coroner Steve Freitas (collectively, "County Defendants"); and the City of Santa Rosa, Santa Rosa Police Department, and Santa Rosa Police Chief Tom Schwedhelm (collectively, "City Defendants").  Through this stipulation, County Defendants request the Court to enter an order for an expedited briefing and hearing schedule in connection with their motion for reconsideration related to the Order entered by the Court on December 6, 2012 (Dkt. No. 50). County Defendants submit good cause supports this stipulation and request for order, pursuant to the following.

**RECITALS**

A. In its "Order Granting County Defendants' Motion for Leave to File a Motion to Reconsider Portions of December 6, 2012 Order and Clarify that Dismissal was Without Prejudice," entered on January 2, 2013 (Dkt. No. 58), this Court granted County Defendants leave to file a motion to reconsider on certain specified issues contained in its December 6, 2012 Order. In addition, the Court provided County Defendants with 21 days from the date of such order to file their motion (which calculates as January 23, 2013).

B. County Defendants have also informed the parties of their intent to file a notice of interlocutory appeal on that portion of the December 6, 2012 Order (Dkt. No. 50) denying them sovereign immunity under the Eleventh Amendment, which interlocutory appeal is allowed as a matter of right. The parties stipulated and the Court granted County Defendants an extension of time to file that appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5) for 30 days, through and including February 4, 2013 (see Dkt. No. 59).

C. County Defendants now believe that the filing of that appeal will divest this Court of jurisdiction to consider the issues on which leave to file a motion to reconsider has been granted, specifically: (1) the interpretation and application of Vehicle Code § 12801.5(e); and (2) the interpretation and determination of legislative intent with respect to Vehicle Code § 14602.6(a). (See e.g., *Chuman v. Wright*, 960 F.3d 104, 105 (9th Cir. 1992); *Behrens v. Pelletier*, 516 U.S. 299, 308 (1996).)

D. Accordingly, County Defendants have requested the parties to agree to an expedited briefing and hearing schedule regarding their motion to reconsider, to permit the Court to be able to resolve the relevant issues prior to the February 4th deadline to file their interlocutory appeal.

WHEREFORE, the parties hereby agree and request entry of an order as follows:

**STIPULATION**

1. With consent of the parties, County Defendants request the Court to set the following expedited briefing and hearing schedule on County Defendants' Motion to Reconsider the December 6, 2012 Order:

| | | |
|---|---|---|
| County Defendants' Motion to Reconsider due: | | January 15, 2013 |
| Oppositions due to Motion to Reconsider: | | January 21, 2013 |
| Reply to Opposition(s) due: | | January 23, 2013 |
| Hearing on Motion to Reconsider: | | January 28, 2013, at 10:00a.m. |

2. Nothing in this Stipulation and request for order is intended to modify the other matters addressed in any Court order, nor does it preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: January 9, 2013       Bruce D. Goldstein, Sonoma County Counsel

By:        /s/ Anne L. Keck
Anne L. Keck, Deputy County Counsel
Attorneys for County Defendants

Dated: January 9, 2013       Caroline L. Fowler, Santa Rosa City Attorney

By:        /s/ Robert L. Jackson
Robert L. Jackson, Assistant City Attorney
Attorneys for City Defendants

Dated: January 9, 2013       Robert Mann & Donald W. Cook, Attorneys at Law

By:        /s/ Donald W. Cook
Donald W. Cook
Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing, IT IS HEREBY ORDERED that the following expedited briefing and hearing schedule is established regarding County Defendants' Motion to Reconsider the December 6, 2012 Order:

| | |
|---|---|
| County Defendants' Motion to Reconsider due: | January 15, 2013 |
| Oppositions to Motion to Reconsider due: | January 21, 2013 |
| Reply to Opposition(s) due: | January 23, 2013 |
| Hearing on Motion to Reconsider: | January 28, 2013, at 10:00a.m. |

IT IS SO ORDERED.

Date: 01/14/2013

_____
HONORABLE THELTON E. HENDERSON
United States

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]