**ALICIA ROMAN**, SBN 260101
LAW OFFICE OF ALICIA ROMAN
719 Orchard Street
Santa Rosa, CA 95404
(707) 526-4100 / (707) 573-1094 facsimile
E-Mail: aliciaromanlaw@yahoo.com

**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 252-9444 / (213) 252-0091 facsimile
E-Mail: manncook@earthlink.net

**CYNTHIA ANDERSON-BARKER**, CSB 175764
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 381-3246
E-Mail: cablaw@hotmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL and SIMEON AVENDANO RUIZ, individually and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT, STEVE FREITAS, CITY OF SANTA ROSA, SANTA ROSA POLICE DEPARTMENT, TOM SCHWEDHELM, and DOES 1 through 20; individually and in their official capacities,<br><br>Defendants. | Case No.  CV11-05817-THE<br><br>**STIPULATION TO CONTINUE MARCH 11, 2013 CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER** |

00084977.WPD

TO THE HON. THELTON E. HENDERSON, UNITED STATES DISTRICT JUDGE:

WHEREAS pursuant to the parties' stipulation (doc. 59) the Court on January 3, 2013 set the case management conference for March 11, 2013;

WHEREAS on February 8, 2013, the Sonoma County defendants filed a notice of appeal from the Court's January 31, 2013 Order, denying these defendants Eleventh Amendment immunity;

WHEREAS the Sonoma County defendants contend the filing of their notice of appeal automatically stays the prosecution of claims against these defendants;

WHEREAS there is set for hearing on April 1, 2013, at 10:00 a.m., Plaintiffs' motion seeking an order declaring the appeal by the Sonoma County defendants to be frivolous (doc. 73 & 74, collectively the "Motion") which, if granted, would dissolve the aforementioned stay;

WHEREAS it serves judicial economy and conserves the resources of the parties for the case management conference to be heard at the same time the Court hears Plaintiffs' Motion, or later;

///

///

///

///

///

///

///

///

///

///

1   NOW, THEREFORE, through their respective attorneys of record, the parties

2   request that the Court continue the case management from March 11, 2013, to April 1,

3   2013, at 10:00 a.m., so that it can be held at the same time as the hearing on Plaintiffs'

4   Motion, or such later date as is convenient to the Court's calendar. The parties further

5   request that the Court continue the date for filing the joint case management conference

6   report, now due March 4, 2013, to a date no later than seven days prior to the new date

7   set for the case management conference.

8   DATED: March 1, 2013

9

10                                  **ROBERT MANN**
                                    **DONALD W. COOK**
11                                  Attorneys for Plaintiffs

12

13   By_____
                                    Donald W. Cook
14

15   DATED: March 1, 2013

16                                  **BRUCE D. GOLDSTEIN**
                                    Sonoma County Counsel
17   Attorney for Defendants County of Sonoma, Sonoma County
                Sheriff's Department, and Sheriff-Corner Steve Freitas

18

19                              /s/ Anne L. Keck
20   By_____
                                    Anne L. Keck
21                                  Deputy County Counsel

22   DATED: March 1, 2013

23                                  **CAROLINE L. FOWLER**
                                    Santa Rosa City Attorney
24   Attorney for Defendants City of Santa Rosa, Santa Rosa
                            Police Department, and Tom Schwedhelm
25

26

27   By _____
                                    Robert L. Jackson
28                                  Assistant City Attorney

-3-

00084977.WPD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **O R D E R**

Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the case management conference, presently set for March 11, 2013, be and hereby is continued to April 1, 2013, at 10:00 a.m., so that it can be held at the same time as the hearing on Plaintiffs' Motion. The joint case management conference report shall be filed no later than seven days before the date set for the case management conference.

DATED:   03/04/2013



HON. _____

Judge Thelton E. Henderson

00084977.WPD