**ALICIA ROMAN**, SBN 260101
LAW OFFICE OF ALICIA ROMAN
719  Orchard Street
Santa Rosa, CA 95404
(707) 526-4100 / (707) 573-1094 facsimile
E-Mail: aliciaromanlaw@yahoo.com

**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 252-9444 / (213) 252-0091 facsimile
E-Mail: manncook@earthlink.net

**CYNTHIA ANDERSON-BARKER**, CSB 175764
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 381-3246
E-Mail: cablaw@hotmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL and SIMEON AVENDANO RUIZ, individually and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT, STEVE FREITAS, CITY OF SANTA ROSA, SANTA ROSA POLICE DEPARTMENT, TOM SCHWEDHELM, and DOES 1 through 20; individually and in their official capacities,<br><br>Defendants. | Case No.  CV11-05817 TEH<br><br>**STIPULATION TO CONTINUE OCTOBER 21, 2013 CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING DATE; ~~PROPOSED~~ ORDER** |

TO THE HON. THELTON E. HENDERSON, UNITED STATES DISTRICT JUDGE:

At the request of counsel for Plaintiffs, the parties hereto request a continuance of one week, from October 21, 2013, to October 28, 2013 of the Case Management Conference and hearing on the Motion to Dismiss (doc. 110). Good cause is set forth in the Declaration of Donald W. Cook, Plaintiffs' counsel, and separately filed herewith.

DATED: October 17, 2013

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiffs

By_____
Donald W. Cook

DATED: October 17, 2013

**BRUCE D. GOLDSTEIN**
Sonoma County Counsel
Attorney for Defendants County of Sonoma, Sonoma County Sheriff's Department, and Sheriff-Corner Steve Freitas

S/ Anne L. Keck

By_____
Anne L. Keck
Deputy County Counsel

DATED: October 17, 2013

**CAROLINE L. FOWLER**
Santa Rosa City Attorney
Attorney for Defendants City of Santa Rosa, Santa Rosa Police Department, and Tom Schwedhelm

S/ Robert L. Jackson

By_____
Robert L. Jackson
Assistant City Attorney

///

///

# O R D E R

Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Case Management Conference and hearing on the Motion to Dismiss (doc. 110), presently set for October 21, 2013, be and hereby is continued to _____October 28_____, 2013, at 10:00 a.m.

DATED: 10/17/2013



**HON. THELTON E. HENDERSON**
Sr. United States District Judge