1 **ALICIA ROMAN**, SBN 260101
LAW OFFICE OF ALICIA ROMAN
2 719  Orchard Street
Santa Rosa, CA 95404
3 (707) 526-4100 / (707) 573-1094 facsimile
E-Mail: aliciaromanlaw@yahoo.com
4

5 **ROBERT MANN**, CSB 48293            **CYNTHIA ANDERSON-BARKER**, CSB 175764
**DONALD W. COOK**, CSB 116666         ATTORNEY AT LAW
6 ATTORNEYS AT LAW                       3435 Wilshire Blvd., Suite 2910
3435 Wilshire Blvd., Suite 2910        Los Angeles, CA  90010
7 Los Angeles, CA  90010                 (213) 381-3246
(213) 252-9444 / (213) 252-0091 facsimile   E-Mail: cablaw@hotmail.com
8 E-Mail: manncook@earthlink.net

9 Attorneys for Plaintiffs

10

11                **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13

14 RAFAEL MATEOS-SANDOVAL and              Case No.  CV11-05817 TEH
SIMEON AVENDANO RUIZ,
15 individually and as class representatives,   **STIPULATION TO**
**CONTINUE OCTOBER 21,**
16         Plaintiffs,                       **2013 CASE MANAGEMENT**
**CONFERENCE AND**
17      vs.                                  **MOTION TO DISMISS**
**HEARING DATE;**
18 COUNTY OF SONOMA, SONOMA                 ~~**PROPOSED**~~ **ORDER**
COUNTY SHERIFF'S DEPARTMENT,
19 STEVE FREITAS, CITY OF SANTA
ROSA, SANTA ROSA POLICE
20 DEPARTMENT, TOM SCHWEDHELM,
and DOES 1 through 20; individually and
21 in their official capacities,

22         Defendants.

23

24

25

26

27

28

                        -1-                              00091490.WPD

1   TO THE HON. THELTON E. HENDERSON, UNITED STATES DISTRICT JUDGE:

2       At the request of counsel for Plaintiffs, the parties hereto request a continuance of

3   one week, from October 21, 2013, to October 28, 2013 of the Case Management

4   Conference and hearing on the Motion to Dismiss (doc. 110). Good cause is set forth in

5   the Declaration of Donald W. Cook, Plaintiffs' counsel, and separately filed herewith.

6   DATED: October 17, 2013

7

8                           **ROBERT MANN**
                            **DONALD W. COOK**
                            Attorneys for Plaintiffs
9

10

11   By_____
                            Donald W. Cook

12   DATED: October 17, 2013

13

14                          **BRUCE D. GOLDSTEIN**
                            Sonoma County Counsel
            Attorney for Defendants County of Sonoma, Sonoma County
15          Sheriff's Department, and Sheriff-Corner Steve Freitas

16                          S/ Anne L. Keck

17   By_____
                            Anne L. Keck
18                          Deputy County Counsel

19

20   DATED: October 17, 2013

21                          **CAROLINE L. FOWLER**
                            Santa Rosa City Attorney
22          Attorney for Defendants City of Santa Rosa, Santa Rosa
            Police Department, and Tom Schwedhelm
23

24                          S/ Robert L. Jackson

25   By_____
                            Robert L. Jackson
26                          Assistant City Attorney

27   ///

28   ///

00091490.WPD

1

**O R D E R**

2

Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY

3

ORDERED that the Case Management Conference and hearing on the Motion to Dismiss

4

(doc. 110), presently set for October 21, 2013, be and hereby is continued to

5

_____October 28_____, 2013, at 10:00 a.m.

6

DATED:    10/17/2013

7

8

9

10



**HON** **RSON**

Sr.                                    ge

Judge Thelton E. Henderson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00091490.WPD