AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

RAFAEL MATEOS-SANDOVAL, et al.,
                      Plaintiff (s),
V.
COUNTY OF SONOMA, et al,
                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-11-05817 TEH

Notice is hereby given that, subject to approval by the court, __Defendant COUNTY OF SONOMA__ substitutes
(Party (s) Name)

__Richard W. Osman__, State Bar No. __167993__ as counsel of record in
(Name of New Attorney)

place of __Anne L. Keck, State Bar No. 136315__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Bertrand, Fox & Elliot
    Address: 2749 Hyde Street, San Francisco, CA 94109
    Telephone: (415) 353-0999      Facsimile (415) 353-0090
    E-Mail (Optional): rosman@bfesf.com

I consent to the above substitution.
Date: 2/6/14          /s/ [signature]
                                        (Signature of Party (s))

I consent to being substituted.
Date: 2/6/14          /s/ Anne L. Keck
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/6/14          /s/ Richard W. Osman
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 02/10/2014        [signature — Judge Thelton E. Henderson]

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]