1  **ALICIA ROMAN**, SBN 260101
   LAW OFFICE OF ALICIA ROMAN
2  719 Orchard Street
   Santa Rosa, CA 95404
3  (707) 526-4100 / (707) 573-1094 facsimile
   E-Mail: aliciaromanlaw@yahoo.com
4

5  **ROBERT MANN**, CSB 48293           **CYNTHIA ANDERSON-BARKER**, CSB 175764
   **DONALD W. COOK**, CSB 116666       ATTORNEY AT LAW
6  ATTORNEYS AT LAW                     3435 Wilshire Blvd., Suite 2910
   3435 Wilshire Blvd., Suite 2910      Los Angeles, CA  90010
7  Los Angeles, CA  90010               (213) 381-3246
   (213) 252-9444 / (213) 252-0091 facsimile   E-Mail: cablaw@hotmail.com
8  E-Mail: manncook@earthlink.net

9  Attorneys for Plaintiffs

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | RAFAEL MATEOS-SANDOVAL and SIMEON AVENDANO RUIZ, individually and as class representatives, | Case No. CV11-05817 TEH |
|---|---|
| Plaintiffs, | **STIPULATION TO CONTINUE MAY 19, 2014 CASE MANAGEMENT CONFERENCE;** ~~**PROPOSED**~~ **ORDER** |
| vs. | |
| COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT, STEVE FREITAS, CITY OF SANTA ROSA, SANTA ROSA POLICE DEPARTMENT, TOM SCHWEDHELM, and DOES 1 through 20; individually and in their official capacities, | |
| Defendants. | |

-1-                                                        00096092.WPD

TO THE HON. THELTON E. HENDERSON, UNITED STATES DISTRICT JUDGE:

At the request of counsel for Plaintiffs, the parties hereto request a continuance of the Case Management Conference presently set for Monday, May 19, 2014, to Monday, July 21, 2014. Good cause is set forth in the Declaration of Donald W. Cook, Plaintiffs' counsel, and separately filed herewith.

DATED: May 14, 2014

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiffs

By_____
Donald W. Cook

DATED: May 14, 2014

**BERTRAND, FOX & ELLIOT**
Attorney for Defendant Sheriff-Coroner Steve Freitas

           s/ Richard W. Osman
By_____
           Richard W. Osman

DATED: May 14, 2014

**CAROLINE L. FOWLER**
Santa Rosa City Attorney
Attorney for Defendants City of Santa Rosa, Santa Rosa Police Department, and Tom Schwedhelm

           s/ Robert L. Jackson
By_____
           Robert L. Jackson
           Assistant City Attorney

///

///

///

# O R D E R

Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Case Management Conference, presently set for May 19, 2014, be and hereby is continued to _____ July 21 __, 2014, at 1:30 p.m.

DATED: 05/14/2014

Parties shall file an updated joint case management statement at least seven days prior to the next hearing.



_____
**HON. THELTON E. HENDERSON**
Sr. United States District Judge