# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL, and others,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, and others,<br><br>Defendants. | Case No. 11-cv-05817 TEH (NC)<br><br>**NOTICE TO COUNSEL** |

The Court has received an email dated July 1, 2014 from plaintiffs' counsel Donald W. Cook, as well as a responsive email sent the same day from counsel for defendant City of Santa Rosa, Robert L. Jackson.  The Court will not be responding to the emails, as requests for relief must be made by filed motion.

IT IS SO ORDERED.

Date:  July 3, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge