UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SONOMA, and others,<br><br>    Defendants. | Case No. 11-cv-05817 TEH (NC)<br><br>**ORDER OF CLARIFICATION**<br><br>Re: Dkt. Nos. 152, 157 |

The parties submitted a joint letter seeking clarification of the Court's earlier order compelling the production of limited discovery. The Court answers the parties' concerns in turn.

1. "[T]he parties believe the Court intended to require the Santa Rosa Defendants to produce records regarding vehicle impounds occurring during the month in which the Santa Rosa Police Department had impounded Plaintiff Ruiz's vehicle (September 2011) in response to his request for additional documents (Dkt. No. 139)." CORRECT.

2. "Did the Court intend to require Sheriff Freitas to produce records regarding vehicle impounds that occurred during the month the Sheriff's Office had

Case No. 11-cv-05817 TEH (NC)
ORDER OF CLARIFICATION

impounded Plaintiff Sandoval's vehicle (January 2011)?" CORRECT.

3. "Did the Court intend to refer to that portion of the CHP 180 form referred to as the 'Vehicle Report' (see Exhibit C to the Declaration of Sheriff Freitas, Dkt. No. 156, p. 14), or did the Court intend to refer to the arrest report, also called an 'Incident Report' (see Exhibit D to the Declaration of Sheriff Freitas, Dkt. No. 156, pp. 16-20)?" DEFENDANTS MUST PRODUCE BOTH THE CHP 180 FORMS AND THE INCIDENT REPORTS.

4. "Per the Scheduling Order, the tow company's response to the OSC Application was due July 11, 2014, and a hearing date is set for July 30, 2014. Did the Court intend to vacate that Scheduling Order? The parties believe that vacating the Scheduling Order would be appropriate given the stay." YES, THE HEARING AND RELATED DEADLINES ARE VACATED.

5. The parties request permission to present the proposed protective order to the Court in the next seven days. GRANTED.

IT IS SO ORDERED.

Date: July 15, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge