THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendant Sonoma County
Sheriff Steve Freitas in his personal capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL and SIMEON AVENDANO RUIZ, individually and as class representatives,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT, STEVE FREITAS, CITY OF SANTA ROSA, SANTA ROSA POLICE DEPARTMENT, TOM SCHWEDHELM, and DOES 1 through 20, individually and in their official capacities,<br><br>    Defendants.<br>_____/ | Case No. CV-11-05817 TEH (NC)<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>CMC Date:  July 21, 2014<br>CMC Time: 1:30 p.m.<br>Courtroom:  19 |

TO THE HON. THELTON E. HENDERSON, UNITED STATES DISTRICT COURT JUDGE:

This Joint Stipulation to Reschedule Case Management Conference is submitted by the following parties in this action: Plaintiffs Rafael Mateos-Sandoval and Simeon Avendano Ruiz (collectively, "Plaintiffs"); Defendant Sonoma County Sheriff Steve Freitas sued in his personal capacity only ("Sheriff Freitas"); and Defendants the City of Santa Rosa, Santa Rosa Police Department, and Santa Rosa Police Chief Tom Schwedhelm (collectively, "City Defendants"). Defendants the County of Sonoma, Sonoma County Sheriff's Office, and Sonoma County Sheriff

1  Steve Freitas sued in his official capacity are not parties to this stipulation, as this action is currently
2  stayed as to all claims against them based on their pending appeal. (See e.g., Order entered April 10,
3  2013, Dkt. No. 92.)
4        The parties to this stipulation request the Court to enter an order continuing the Case
5  Management Conference currently scheduled to occur in this matter on July 21, 2014, to September
6  8, 2014, at 1:30 p.m.  The parties submit that good cause supports their request, as set forth below.

## RECITALS

8        A.    All discovery issues in this case have been assigned to the Honorable Nathanael
9  Cousins pursuant to an Order of Reference issued by this Court on May 6, 2014. (Dkt. No. 33.)
10       B.    At a discovery hearing held on June 25, 2014, Magistrate Cousins addressed
11 Plaintiffs' requests for additional discovery from Defendants.  In light of impending deposition dates
12 and additional documents the Magistrate intended to order produced, the parties and Magistrate
13 Cousins determined that a deposition of the City Defendants should be rescheduled to July 21, 2014.
14 The parties and Magistrate Cousins discussed the fact that a Case Management Conference was
15 currently scheduled to be held in this Court on that same day, July 21, 2014, at 1:30 p.m.  Magistrate
16 Cousins expressed his belief that this Court would be willing to reschedule the Case Management
17 Conference to accommodate the parties' discovery process, particularly in light of the fact that the
18 Court had referred the discovery issues to Magistrate Cousins for resolution.
19       C.    Magistrate Cousins entered orders with respect to several discovery issues discussed
20 at the June 25th hearing, and set a follow-up hearing on those issues for August 13, 2014. (See Dkt.
21 Nos. 152, 158)
22       D.    The parties request this Court to continue the Case Management Conference,
23 currently set for July 21, 2014, to a date after the follow-up discovery hearing currently set before
24 Magistrate Cousins, and preferably September 8, 2014, at 1:30 p.m.  Rescheduling the Case
25 Management Conference will allow Plaintiffs to be able to depose the City Defendants' "Persons
26 Most Knowledgeable" on a date after relevant documents have been produced (which Plaintiffs
27 anticipate using during the deposition).  In addition, the parties believe that rescheduling the Case
28

1  Management Conference will allow them to present scheduling and related issues more fully to the
2  Court, and would conserve the resources of the parties and the Court.
3      WHEREFORE, the parties to this stipulation hereby agree and request entry of an order as
4  follows:

5  **STIPULATION**

6      1.  The parties request the Court to enter an order rescheduling the Case Management
7  Conference, currently set for July 21, 2014, to September 8, 2014, at 1:30 p.m.
8      2.  Nothing in this Stipulation and request for order is intended to modify the other
9  matters addressed in any Court order unless expressly identified herein, nor does it preclude the
10 parties from seeking additional relief from this Court, to amend this stipulation and order or
11 otherwise.

12                                      Respectfully Submitted,

13 Dated: July 16, 2014                 Bertrand, Fox & Elliot

14                                      By:     /s/ Richard W. Osman
15                                              Richard W. Osman
                                                Attorneys for Defendant Sheriff Steve Freitas

16 Dated: July 16, 2014                 Caroline L. Fowler, Santa Rosa City Attorney

17                                      By:     /s/ Robert L. Jackson
                                                Robert L. Jackson, Assistant City Attorney
18                                              Attorneys for City Defendants

19 Dated: July 16, 2014                 Robert Mann & Donald W. Cook, Attorneys at Law

20                                      By:     /s/ Donald W. Cook
                                                Donald W. Cook
21                                              Attorneys for Plaintiffs

22
23
24
25
26
27
28

1 **[PROPOSED] ORDER**

2 Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing,
3 IT IS HEREBY ORDERED as follows:

4 The Case Management Conference, currently set to be held in this case on July 21, 2014,
5 shall be rescheduled to September 8, 2014, at 1:30 p.m.  The parties shall submit a joint case
6 management statement at least one week prior to the Case Management Conference.

7 **IT IS SO ORDERED.**

8 Date: 07/17/14

_____
HONORABLE THELTON E. HENDERSON
United States District Court Judge