UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAFAEL MATEOS-SANDOVAL, and others,

Plaintiffs,

v.

COUNTY OF SONOMA, and others,

Defendants.

Case No. 11-cv-05817 TEH (NC)

**ORDER REGARDING DISCOVERY DISPUTES**

Re: Dkt. Nos. 170, 171

Today, the Court heard oral argument on the parties' discovery disputes presented in joint letter briefs at docket entries 170 and 171. Weighing the potential relevance of the requested discovery against the burden of production, the Court rules as follows:

1. With the plaintiffs' consent, the subpoenas to third-party towing companies are further stayed pending a future Court order.

2. Plaintiffs' request for a 30(b)(6) deposition on Sonoma County and its "record keeping practices" is denied without prejudice because: (1) there is a stay of this case against Sonoma County: (2) plaintiffs recently completed the deposition of Sheriff Freitas and have completed other written discovery that should sufficiently illuminate their class certification motion; and (3) the Court finds that the burden of this discovery outweighs its

Case No. 11-cv-05817 TEH (NC)
ORDER REGARDING DISCOVERY
DISPUTES

benefit at this point in the case.  Plaintiffs may request this discovery if it becomes necessary to support their motion for class certification.

      3. The request for additional statistical data from Sheriff Freitas to establish numerosity is denied without prejudice.  Dkt. No. 171.  Counsel for plaintiffs stated at the hearing that the information he has received covering the year 2011 is sufficient to support a numerosity argument for class certification.  The Court declines to decide the time frame covered by the class definition in the proposed third amended complaint, or whether Sheriff Freitas ratified policies that existed before he became Sheriff.

      Any party may object to this nondispositive order to District Court Judge Thelton E. Henderson within 14 days.  Fed. R. Civ. P. 72(a).

      IT IS SO ORDERED.

Date:  August 13, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge