1  **ALICIA ROMAN**, SBN 260101
LAW OFFICE OF ALICIA ROMAN
2  719  Orchard Street
Santa Rosa, CA 95404
3  (707) 526-4100 / (707) 573-1094 facsimile
E-Mail: aliciaromanlaw@yahoo.com
4

5  **ROBERT MANN**, CSB 48293                 **CYNTHIA ANDERSON-BARKER**, CSB 175764
   **DONALD W. COOK**, CSB 116666           ATTORNEY AT LAW
6  ATTORNEYS AT LAW                         3435 Wilshire Blvd., Suite 2910
   3435 Wilshire Blvd., Suite 2910          Los Angeles, CA  90010
7  Los Angeles, CA  90010                   (213) 381-3246
   (213) 252-9444 / (213) 252-0091 facsimile  E-Mail: cablaw@hotmail.com
8  E-Mail: manncook@earthlink.net

9  Attorneys for Plaintiffs

10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13

14  RAFAEL MATEOS-SANDOVAL and          |   Case No.  CV11-05817-TEH
    SIMEON AVENDANO RUIZ,               |
15  individually and as class representatives,  |   **ORDER DISMISSING WITH**
                                        |   **PREJUDICE DEFENDANT**
16          Plaintiffs,                 |   **TOM SCHWEDHELM**
                                        |
17          vs.                         |
                                        |
18  COUNTY OF SONOMA, ET AL.,           |
                                        |
19          Defendants.                 |
20

21

22        Pursuant to the Stipulation filed December 18, 2014 (doc. 216) and F.R.Cv.P. 41(a)(1), the Court

23  hereby dismisses with prejudice all remaining claims against defendant Tom Schwedhelm.

24  DATED: 12/18/2014

25

26  _____
    THE HONORABLE THELTON E. HENDERSON
27  United States District Judge
    Judge Thelton E. Henderson
28

                                                                          00100585.WPD