**ALICIA ROMAN**, SBN 260101
LAW OFFICE OF ALICIA ROMAN
719 Orchard Street
Santa Rosa, CA 95404
(707) 526-4100 / (707) 573-1094 facsimile
E-Mail: aliciaromanlaw@yahoo.com

**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-Mail: manncook@earthlink.net

**CYNTHIA ANDERSON-BARKER**, CSB 175764
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 381-3246
E-Mail: cablaw@hotmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL and SIMEON AVENDANO RUIZ, individually and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, ET AL.,<br><br>Defendants. | Case No. CV11-05817-TEH<br><br>**ORDER CONTINUING HEARING ON DEFENDANT FREITAS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Old date: 1/26/15**<br>**New date: 2/2/15 (same as Class Cert motion)** |

Pursuant to the Stipulation filed January 12, 2015 (doc. ***) and the good cause appearing therein, the Court hereby continues the hearing on defendant Freitas' Motion for Summary Judgment to February 2, 2015. Both that motion and Plaintiff's Motion for Class Certification will be heard that date at 10:00 a.m. in Courtroom 2 on the 17th Floor.

IT IS SO ORDERED

DATED: 01/13/2015



Judge Thelton E. Henderson