UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL MATEOS SANDOVAL, et al.,

Plaintiffs,

v.

COUNTY OF SONOMA, et al.,

Defendants.

Case No. 11-cv-05817-TEH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Having received the parties' joint case management statement (Docket No. 261) and reviewed the requests therein, the Court HEREBY ORDERS that:

1. Plaintiffs shall file the motions for class certification and summary judgment described in the joint case management statement, if at all, no later than May 22, 2015, to be noticed for June 29, 2015.

2. The case management conference currently set for May 11, 2015, is continued to **August 3, 2015, at 1:30 PM**.  The parties shall submit an updated joint statement no later than seven days prior to the case management conference.

3. The parties' request for the Court to stay the order of reference to Magistrate Judge Ryu (Docket Nos. 243, 206) is DENIED.  The parties are free to make scheduling requests to Magistrate Judge Ryu directly.

**IT IS SO ORDERED.**

Dated: 05/05/15

_____
THELTON E. HENDERSON
United States District Judge