UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL MATEOS SANDOVAL, et al.,

Plaintiffs,

v.

COUNTY OF SONOMA, et al.,

Defendants.

Case No. 11-cv-05817-TEH

**ORDER VACATING HEARING**

This matter is set to come before the Court on June 29, 2015, for hearing on Plaintiffs' renewed motion for class certification (Docket No. 265) and motion for partial summary judgment (Docket No. 266). Pursuant to Civil Local Rule 7-1(b), the Court finds these motions suitable for resolution without oral argument. The June 29, 2015 hearing is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 06/19/15

_____

THELTON E. HENDERSON
United States District Judge