UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL MATEOS SANDOVAL, et al.,

Plaintiffs,

v.

COUNTY OF SONOMA, et al.,

Defendants.

Case No. 11-cv-05817-TEH

**ORDER VACATING HEARING ON DEFENDANT COUNTY OF SONOMA'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Earlier today, the Court vacated the hearing on Plaintiff's motions for partial summary judgment and class certification, finding them suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Order dated June 19, 2015 (Docket No. 276). For the same reasons, the hearing on Defendant County of Sonoma's cross-motion for partial summary judgment (Docket No. 272) is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 06/19/15

_____
THELTON E. HENDERSON
United States District Judge