1  Thomas F. Bertrand, State Bar No. 056560
   Richard W. Osman, State Bar No. 167993
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5  Email: rosman@bfesf.com

6  Anne L. Keck, State Bar No. 136315
   KECK LAW OFFICES
7  418 B Street, Suite 206
   Santa Rosa, California 95401
8  Telephone: (707) 595-4185
   Facsimile: (707) 657-7715
9  Email: akeck@public-law.org

10 Attorneys for County Defendants

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | RAFAEL MATEOS-SANDOVAL and           | Case No. CV-11-05817 TEH (NC)
   | SIMEON AVENDANO RUIZ, individually   |
14 | and as class representatives,        |
   |                                      | **SUPPLEMENTAL JOINT CASE
15 |         Plaintiffs,                  | MANAGEMENT STATEMENT;
   |                                      | STIPULATED REQUEST FOR ENTRY OF
16 |    v.                                | ORDER (1) VACATING ORDER
   |                                      | REFERRING THE CASE TO A
17 | COUNTY OF SONOMA, SONOMA             | SETTLEMENT MAGISTRATE, AND (2)
   | COUNTY SHERIFF'S DEPARTMENT,         | CONTINUING CASE MANAGEMENT
18 | STEVE FREITAS, CITY OF SANTA ROSA,   | CONFERENCE; [~~PROPOSED~~] ORDER**
   | SANTA ROSA POLICE DEPARTMENT,        |
19 | TOM SCHWEDHELM, and DOES 1 through   | Case Management Conference
   | 20, individually and in their official capacities, | Date:    November 2, 2015
20 |                                      | Time:    1:30 p.m.
   |         Defendants.                  | Ctroom:  12, 19th Floor
21 |_____/

22

23        This Supplemental Joint Case Management Statement and request for entry of an order is

24 submitted by all named and remaining parties in this action, including: Plaintiffs Rafael Mateos-

25 Sandoval and Simeon Avendano Ruiz (collectively, "Plaintiffs"); Defendants the County of

26 Sonoma, Sonoma County Sheriff's Office, and Sonoma County Sheriff-Coroner Steve Freitas in his

27 official capacity (collectively, "County Defendants"); and the City of Santa Rosa and the Santa Rosa

28 | Supplemental Joint Case                                | U.S.D.C. No. cv-11-05817 TEH (NC)
   | Management Statement, et al.            1              |

Police Department (collectively, "City Defendants").  As discussed below, the parties request the Court to vacate its previous Order of Reference to a settlement magistrate (Dkt. No. 206) and continue the Case Management Conference currently set for November 2, 2015, to December 7, 2015.  The parties believe the information provided herein demonstrates good cause for their requests.

**1.    STATUS UPDATE SINCE THE FILING OF THE SEPTEMBER 2nd CASE MANAGEMENT STATEMENT**

On March 30, May 4, July 27, and September 2, 2015, the parties submitted Joint Case Management Statements in preparation for the Case Management Conference that was ultimately continued to November 2, 2015. (Dkt. Nos. 245, 261, 280, and 286.)  The parties incorporate the statements made in those CMC Statements herein, and provide the following status update.

On July 23, 2015, pursuant to F.R.App.Pro. 5 and F.R.Cv.P. 23(f), Plaintiffs filed a Petition with the Ninth Circuit seeking permission to appeal the Court's July 9, 2015 Order denying class certification.  The Ninth Circuit denied that Petition last Thursday, October 22, 2015.

At the present time, the only matter on calendar in this case is the November 2nd Case Management Conference.  While this Court had previously referred this case to Magistrate Judge Ryu for a settlement conference (Dkt. No. 206), that conference was taken off calendar in light of the filing of the Petition, to be reset upon the parties submitting proposed dates within 10 days of the Ninth Circuit's decision on the Petition. (Dkt. No. 289.)  Pursuant to Magistrate Judge Ryu's order, and based on the recent Ninth Circuit decision, the parties are to file proposed settlement conference dates no later than November 1, 2015.

**2.    REQUEST TO VACATE ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE**

Based on recent events, the parties now believe that a settlement conference would not assist them in resolving issues in this case.  Specifically, Plaintiffs have informed all parties that they intend to appeal this Court's denial of their class certification motion after entry of a final judgment in this case, and will not waive such right to appeal in a settlement.  In turn, Defendants have informed Plaintiffs that no settlement is possible without such waiver of appeal.

In light of the parties' respective positions, they have already initiated discussions as to how to best resolve this case in a way that minimizes this Court's time and the parties' resources while permitting entry of a final appealable judgment.  Among the options the parties' counsel are discussing is stipulating to Plaintiffs' damages, possible dismissal of unadjudicated liability claims, and the like.  The parties agree that a settlement conference would not assist them in this process.  Accordingly, the parties request that the Court's Order of Reference to Magistrate Judge Ryu for purposes of settlement (Dkt. No. 206) be vacated.  Alternatively, the parties request that the Order of Reference be stayed, pending further developments in this case.

### 3.     REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO DECEMBER 7, 2015

In light of the recent Ninth Circuit decision in this case and the parties' respective positions, they would like additional time in which to determine whether they can reach an agreement which will allow for the entry of a final judgment without the necessity of a trial or other pre-trial motions on unadjudicated claims.  Accordingly, the parties request the Court to continue the November 2nd Case Management Conference to December 7, 2015, or as soon thereafter as is convenient for the Court, to allow them time in which to discuss and consider the issues.

Respectfully Submitted,

Dated: October 26, 2015               Keck Law Offices

                                      By:    /s/ Anne L. Keck
                                              Anne L. Keck
                                              Attorneys for County Defendants

Dated: October 26, 2015               Caroline L. Fowler, Santa Rosa City Attorney

                                      By:    /s/ Robert L. Jackson
                                              Robert L. Jackson, Assistant City Attorney
                                              Attorneys for City Defendants

Dated: October 26, 2015               Robert Mann & Donald W. Cook, Attorneys at Law

                                      By:    /s/ Donald W. Cook
                                              Donald W. Cook
                                              Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to and in accordance with the foregoing stipulated request, and with good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Order of Reference entered on November 4, 2014 (Dkt. No. 206), by which this case was referred to Magistrate Judge Ryu for a settlement conference, is hereby vacated.

2. The Case Management Conference currently set for November 2, 2015, is hereby continued to December 7, 2015, at 1:30 p.m. The parties shall file an updated joint case management statement at least one week prior to the conference.

**IT IS SO ORDERED.**

Date:  10/29/2015

HONORABLE THELTON E. HENDERSON
United States District Court Judge