UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL and SIMEON AVENDANO RUIZ, individually and as class representatives,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT, STEVE FREITAS, CITY OF SANTA ROSA, SANTA ROSA POLICE DEPARTMENT, TOM SCHWEDHELM, and DOES 1 through 20, individually and in their official capacities,<br><br>  Defendants.<br>_____/ | Case No. CV-11-05817 TEH (NC)<br><br>**JUDGMENT** |

Pursuant to this Court's prior interlocutory orders and stipulation of the parties, the Court enters judgment and resolves all claims and defenses in this action among the following remaining parties: Plaintiffs Rafael Mateos-Sandoval and Simeon Avendano Ruiz (collectively referred to herein as "Plaintiffs"); Defendants the County of Sonoma, Sonoma County Sheriff's Office, and Sonoma County Sheriff-Coroner Steve Freitas (collectively referred to herein as "County Defendants"); and the City of Santa Rosa and the Santa Rosa Police Department (collectively referred to herein as "City Defendants").  Pursuant to the showings of good cause,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment in this action is awarded as follows:

  A.  Plaintiff Rafael Mateos-Sandoval's Claims Against County Defendants

    1.  Judgment is awarded in favor of Plaintiff Rafael Mateos-Sandoval and against Defendants the County of Sonoma, the Sonoma County Sheriff's Office, and Sonoma County

1   Sheriff-Coroner Steve Freitas in his official capacity on the claim brought under 42 U.S.C. § 1983
2   relating to the 30-day hold of his vehicle in impound (as distinguished from the initial seizure and
3   towing of his vehicle) based on this Court's finding that such 30-day hold conducted pursuant to
4   California Vehicle Code § 14602.6 was unreasonable and accordingly violated the Fourth
5   Amendment (*see* Docket No. 278).   Damages are awarded on this claim in the amount of $3,700.
6         2.      Judgment is awarded in favor of County Defendants and against Plaintiff
7   Rafael Mateos-Sandoval on his claim brought under California Civil Code § 52.1 relating to the 30-
8   day hold of his vehicle in impound (as distinguished from the initial seizure and towing of his
9   vehicle) based on this Court's finding that there was no independent threat, intimidation or coercion
10  necessary to prove such a claim (*see* Docket No. 304).
11        3.      Judgment is awarded in favor of Sonoma County Sheriff-Coroner Steve
12  Freitas ("Sheriff Freitas") and against Plaintiff Rafael Mateos-Sandoval on all claims brought
13  against Sheriff Freitas in his personal capacity (*see* Docket No. 240).
14    B.    <u>Plaintiff Simeon Avendano Ruiz's Claims Against City Defendants</u>
15        1.      Judgment is awarded in favor of Plaintiff Simeon Avendano Ruiz and against
16  the City Defendants on his claim brought under 42 U.S.C. § 1983 relating to the 30-day hold of his
17  vehicle in impound (as distinguished from the initial seizure and towing of his vehicle) based on this
18  Court's finding that such 30-day hold conducted pursuant to California Vehicle Code § 14602.6 was
19  unreasonable and accordingly violated the Fourth Amendment (*see* Docket Nos. 203, 304).
20  Damages are awarded on this claim in the amount of $3,700.
21        2.      Judgment is awarded in favor of City Defendants and against Plaintiff Simeon
22  Avendano Ruiz on his claim brought under California Civil Code § 52.1 relating to the 30-day hold
23  of his vehicle in impound (as distinguished from the initial seizure and towing of his vehicle) based
24  on this Court's finding that there was no independent threat, intimidation or coercion necessary to
25  prove such a claim (*see* Docket No. 304).
26  ///
27  ///
28

1    IT IS HEREBY FURTHER ORDERED that all remaining claims alleged in the Action
2 against any and all Defendants are hereby dismissed with prejudice.
3 **IT IS SO ORDERED.**
4 Date: 5/26/2016                              _____
5                                                            HONORABLE THELTON E. HENDERSON
                                                             United States District Court Judge