ROBERT L. JACKSON, Assistant City Attorney (SBN 101770)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants City of Santa Rosa
Santa Rosa Police Department, and Tom Schwedhelm

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

| | |
|---|---|
| RAFAEL MATEOS-SANDOVAL and SIMEON AVENDANO RUIZ, individually and as class representatives,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT, STEVE FREITAS, CITY OF SANTA ROSA, SANTA ROSA POLICE DEPARTMENT, TOM SCHWEDHELM, and DOES 1 through 20, individually and in their official capacities,<br><br>Defendants.<br>_____ / | Case No.  CV 11-05817 THE<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br><br><br><br><br><br><br><br><br>Judge:  The Hon. Thelton E. Henderson |

Defendants' City of Santa Rosa, Santa Rosa Police Department and Tom Schwedhelm appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment of the District Court, entered in this case on May 27, 2016, and all interlocutory orders that gave rise to that judgment, including but not limited to, Order Granting in Part and Denying in Part Motions to Dismiss entered on December 6, 2012, as amended by the Order Denying County Defendant's Motion for Reconsideration and County Defendant's Administrative Motion for Clarification, Withdrawing Order on Motion to Dismiss, Granting in Part and Denying in Part County Defendant's Motion to Dismiss and City Defendant's Motion to Dismiss entered on January 31, 2013, the Order

Granting in Part and Denying in Part Plaintiff's Motions for Partial Summary Judgment; Granting in Part and Denying in Part Defendants' Cross Motions for Partial Summary Judgment entered on October 29, 2014, and the Order Granting in Part and Denying in Part Plaintiffs' Motion for Partial Summary Judgment entered on February 16, 2016.

DATED: June 23, 2016              CITY OF SANTA ROSA

/s/ *Robert L. Jackson*
_____
ROBERT L. JACKSON, Assistant City Attorney
Attorney for Defendants City of Santa
Rosa, Santa Rosa Police Department and
Tom Schwedhelm

# CERTIFICATE OF SERVICE

I, Robert L. Jackson, hereby declare under penalty of perjury as follows:

I am an Assistant City Attorney with the City of Santa Rosa, 100 Santa Rosa Avenue, Rm. 8, Santa Rosa, CA 95404.  I am over the age of eighteen.

On June 23, 2016, I electronically filed the following **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**  with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on June 23, 2016.

/s/ *Robert L. Jackson*
_____
ROBERT L. JACKSON